UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ORVAL JOHNSON § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No.: 2:15-CV-00575-JRG |
| § | |
| § | |
| MICHAEL RAYMON LEISMAN and § | |
| JVT, INC. § | |
| § | |
| Defendants. § | |

# JOINT MOTION TO DISMISS WITH PREJUDICE

MICHAEL RAYMON LEISMAN and JVT, INC., Defendants, in the above-entitled and numbered cause, acting by and through their attorney of record, files this their Motion requesting that the Court dismiss with prejudice all of Plaintiff, ORVAL JOHNSON'S, claims and causes of action against Defendants, MICHAEL RAYMON LEISMAN and JVT, INC. As grounds therefore, the Parties respectfully would show unto the Court that they have entered into a mutually beneficial settlement agreement wherein Plaintiff has agreed to dismiss any and all claims he has brought, would have brought, or could have brought, against Defendants.

Therefore, Defendants pray that this Honorable Court enter an Order dismissing the above-entitled and numbered cause and for such other and further relief which the Court may deem proper.

Respectfully submitted,

**THE BASSETT FIRM**

**MIKE H. BASSETT**
SBN: 01890500
mbassett@thebassettfirm.com
**STEPHEN B. BOLNER, JR**
SBN: 24081883
sbolner@thebassettfirm.com
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile
efile@thebassettfirm.com

**ATTORNEYS FOR DEFENDANTS, MICHAEL RAYMON LEISMAN and JVT, INC.**

**THE MONSOUR LAW FIRM**

**BENTON G. ROSS**
SBN: 24068124
**DOUGLAS C. MONSOUR**
SBN: 00791289
404 North Green Street
Post Office Box 4209
Longview, Texas 75606
(903) 758-5757 Telephone
(903) 230-5010 Facsimile

**ATTORNEYS FOR PLAINTIFF, ORVAL JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of August, 2016, a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF electronic filing system, which automatically serves a copy of this document on the following counsel of record. Pursuant to Eastern District of Texas Local Rule CV-5(a)(3), service is deemed complete upon this document's filing.

Mr. Benton G. Ross
Mr. Douglas C. Monsour
404 North Green Street
Post Office Box 4209

_____
STEPHEN B. BOLNER, JR