IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ORVAL JOHNSON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-cv-575-JRG |
| MICHAEL RAYMON LEISMAN AND JVT, INC., | § § § § | |
| *Defendants*. | | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Dkt. No. 28) all of Plaintiff Orval Johnson's claims and causes of action against Defendants Michael Raymon Leisman and JVT, Inc. Having considered the same, the Court finds that the Motion should be **GRANTED**.

## So Ordered this
Aug 4, 2016

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE